# Third District Court of Appeal
## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1956
Lower Tribunal No. F13-13911
_____

**Raishawn Robinson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Carlos J. Martinez, Public Defender, and James Odell and Susan S. Lerner, Assistant Public Defenders, for appellant.

Ashley Moody, Attorney General, and Sonia Perez, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.